UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KAREN BROOKS,

    Plaintiff,

v.                                                  Case No: 8:21-cv-1583-SDM-JSS

SEADREAM YACHT CLUB, INC.,

    Defendant.
_____/

## ORDER

The pretrial conference in this matter is currently scheduled for February 10, 2023. (Dkt. 44.) Middle District of Florida Local Rule 3.06(b) directs the parties to "file a final pretrial statement that will govern the trial" at least seven days before the pretrial conference. However, a review of the docket reflects that no pre-trial statement was filed. As such, the following deadlines in this matter are rescheduled with consent of the presiding District Court Judge:[1]

| Motions in Limine | February 23, 2023 |
|---|---|
| Joint Final Pretrial Statement | February 23, 2023 |
| Pretrial Conference | March 9, 2023 at 2:00 p.m. |
| Trial Term | April 2023 |

**ORDERED** in Tampa, Florida, on February 9, 2023.

                                                   JULIE S. SNEED
                                                 UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record

---

[1] All other provisions of the Case Management and Scheduling Order (Dkt. 15) shall remain in full force and effect.